[No. 42223-9-II.   Division Two.   October 24, 2012.]

*In the Matter of the Personal Restraint of* TERRELL EDWARD JONES, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Penoyar, JJ.

[No. 42643-9-II.   Division Two.   October 24, 2012.]

KARL WOOLERY, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-02065-6, Paula Casey, J., entered March 11, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 42862-8-II.   Division Two.   October 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERTO FLORES-GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00174-6, Richard C. Adamson, J. Pro Tem., entered November 30, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Van Deren, JJ.

[No. 42866-1-II.   Division Two.   October 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. COLLINS S. WILLIAMS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01356-5, Paula Casey, J., entered November 7, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Van Deren, JJ.